IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:25-cr-00074 |
| v. | ) | |
| | ) | Judge Trauger |
| | ) | |
| [1] VIXIANE INTHIRAKOD | ) | |

**MOTION TO DISMISS DUE TO DEATH OF DEFENDANT**

The United States of America, by and through Braden H. Boucek, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Herbert L. Bunton III, hereby moves to dismiss this case with prejudice as against defendant Vixiane Inthirakod.

The undersigned was advised by defense counsel in July of 2026, that the Defendant passed away on June 22, 2026. Defense Counsel provided a copy of the death certificate to the Government on July 31, 2026. Due to his death, the United States respectfully requests this Court dismiss the pending superseding indictment against him with prejudice.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

*/s/ Herbert L. Bunton III*
Herbert L. Bunton III
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the U.S. District Court Clerk via CM/ECF, which will send Notice of Electronic Filing to counsel for the defendant, on September 8, 2026.

*/s/ Herbert L. Bunton III*
Herbert L. Bunton III